UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**02 CR 10347 PBS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| ) | |
| v. ) | VIOLATIONS |
| ) | 18 U.S.C. §1028(a)(2) |
| JOSE JULIO DASILVA ) | (Transfer of False |
| ) | Identification Documents) |
| ) | |

DOCKETED

## INDICTMENT

COUNT ONE:   18 U.S.C. §1028(a)(2) - Transfer of False Identification Documents

The Grand Jury charges that:

On May 10, 2002, at Milford, in the District of Massachusetts,

**JOSE JULIO DASILVA,**

the defendant herein, did knowingly transfer false identification documents, to wit: three counterfeit Social Security Administration account number cards and three counterfeit alien registration cards, which appeared to be issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

COUNT TWO:     18 U.S.C. §1028(a)(2) - **Transfer of False Identification Documents**

The Grand Jury further charges that:

On or about May 21, 2002, at Milford, in the District of Massachusetts,

**JOSE JULIO DASILVA**,

the defendant herein, did knowingly transfer false identification documents, to wit: three counterfeit Social Security Administration account number cards and three counterfeit alien registration cards, which appeared to be issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

<u>COUNT THREE</u>:     18 U.S.C. §1028(a)(2) - **Transfer of False Identification Documents**

The Grand Jury further charges that:

On or about May 30, 2002, at Bellingham, in the District of Massachusetts,

**JOSE JULIO DASILVA,**

the defendant herein, did knowingly transfer false identification documents, to wit: six counterfeit Social Security Administration account number cards and six counterfeit alien registration cards, which appeared to be issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

3

**COUNT FOUR:**     18 U.S.C. §1028(a)(2) - **Transfer of False Identification Documents**

The Grand Jury further charges that:

On or about August 8, 2002, at Framingham, in the District of Massachusetts,

**JOSE JULIO DASILVA,**

the defendant herein, did knowingly transfer false identification documents, to wit: ten counterfeit Social Security Administration account number cards and ten counterfeit alien registration cards, which appeared to be issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

A TRUE BILL

*[signature]* 10/16/02
FOREPERSON OF GRAND JURY

*[signature]*
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, October 16, 2002. at 2:45 pm

Returned into the District Court by the Grand Jurors and filed.

*[signature]*

Deputy Clerk