UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.　　　　　　　　　　CRIMINAL NO. 97-10234-PBS

JOSE JULIO DA SILVA
a/k/a ADAIR ANTONIO DA SILVA
　　Defendant

# MEMORANDUM OF SENTENCING HEARING
# AND
# REPORT OF STATEMENT OF REASONS

Saris, D.J.

　　Counsel and the defendant were present for sentencing hearing on 5/10/04. The matters set forth were reviewed and considered. The reasons for sentence pursuant to Title 18 U.S.C. 3553(c), as set forth herein, were stated in open court.

1.　Was the presentence investigation report (PSI) reviewed by counsel and defendant including any additional materials received concerning sentencing?

　　　__X__ yes　____ no

2.(a)　Was information withheld pursuant to FRCrP 32(c)(3)(A)?

　　　____ yes　__X__ no

　(b)　If yes to (a), has summary been provided by the court pursuant to FRCrP 32(c)(3)(B)?

　　　____ yes　____ no　N/A

3.(a)　Were all factual statements contained in the PSI adopted without objection?

　　　__X__ yes　____ no

　(b)　If no to (a) the PSI was adopted in part with the exception of the following factual issues in dispute:

(c) Disputed issues have been resolved as follows after ___ evidentiary hearing, ___ further submissions and/or ___ arguments:

4.(a) Are any legal issues in dispute?

　　　___ yes  _X_ no

If yes, describe disputed issues and their resolution:

5.(a) Is there any dispute as to guideline applications (such as offense level, criminal history category, fine or restitution) as stated in the PSI?

　　　___ yes  _X_ no

If yes, describe disputed areas and their resolution:

(b) Tentative findings as to applicable guidelines are:

Total Offense Level: ____12____

Criminal History Category: ____I____

_10_ to _16_ months imprisonment

_24_ to _36_ months supervised release

$_3,000_ to $_30,000_ fine

(plus $_____ cost of imprisonment/supervision)

$_____ restitution

$_400.00_ special assessment ($_____ on each of counts _____)

6.(a) Are there any legal objections to tentative findings?

　　　___ yes  _X_ no

(b) If no, findings are adopted by the Court.

(c) If yes, describe objections and how they were addressed:

OR sentence hearing is continued to _____ to allow for preparation of oral argument or filing of written submission by _____.

7. (a)   Remarks by counsel for defendant.[1]

     __X__ yes     ____ no

   (b)   Defendant speaks on own behalf.

     ____ yes     __X__ no

   (c)   Remarks by counsel for government.

     __X__ yes     ____ no

8. (a)   The sentence will be imposed in accordance with the prescribed forms in the Bench Book Sec. 5.02 as follows:

   __TIME SERVED__ months imprisonment

   _____ months/intermittent community confinement

   _____ months probation

   _____36_____ months supervised release

   $ _____ fine (including cost of imprisonment/supervision)

   $ _____ restitution

   $ ___400.00_____ special assessment ($_____ on each of counts _____)

   Other provisions of sentence: (community service, forfeiture, etc.):

   -DEFENDANT SHALL NOT RE-ENTER THE UNITED STATES WITHOUT THE AUTHORITY OF THE ATTORNEY GENERAL.

   (b)   After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

9.       Statement of reasons for imposing sentence.
         Check appropriate space.

   (a) _X_ Sentence is within the guideline range and that range does not exceed 24 months and the Court finds no reason to depart from the sentence called for by application of the guidelines.

OR   ___ Sentence is within the guideline range and that range exceeds 24 months and the reason for imposing the selected sentence are:

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

(b) ___ Sentence departs from the guideline range as a result of:

   ___ substantial cooperation upon motion of the government

OR

   ___ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

(c) ___ Is restitution applicable in this case?

   ___ yes   _X_ no

   Is full restitution imposed?

   ___ yes   ___ no

   If no, less than full restitution is imposed for the following reasons:

(d) ___ Is a fine applicable in this case?

   _X_ yes   ___ no

   Is the fine within the guidelines imposed?

   ___ yes   _X_ no

   If no, the fine is not within guidelines or no fine is imposed for the following reasons:

   _X_ Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; OR

   _X_ Imposition of a fine would unduly burden the defendant's dependents; OR

   ___ Other reasons as follows:

10. Was a plea agreement submitted in this case?

   _X_ yes   ___ no

   Check appropriate space:

   ___ The Court has accepted a Rule 11(e)(1)(A) charge agreement because it is satisfied that the agreement adequately reflects seriousness of the actual offense behavior and accepting the plea

4

agreement will not undermine the statutory
                purposes of sentencing.

         __X__  The Court has accepted either a Rule 11(e)(1)(B)
                sentence recommendation or a Rule 11(e)(1)(C)
                sentence agreement that is within the applicable
                guideline range.

         _____  The Court has accepted either a Rule 11(e)(1)(B)
                sentence recommendation or a Rule 11(e)(1)(C)
                sentence agreement that departs from the applicable
                guideline range because the Court is satisfied that
                such a departure is authorized by 18 U.S.C. 3553(b).


11.      Suggestions for guideline revisions resulting from this case are
         submitted by an attachment to this report.

                       _____ yes      __X__ no

12.      The PSI is adopted as part of the record, either in whole or in
         part as discussed above and is to be maintained by the U.S.
         Probation Department under seal unless required for appeal.

13.      Judgment will be prepared by the clerk in accordance with above.

14.      The clerk will provide this Memorandum of Sentencing Hearing And
         Report on Statement of Reasons to the U.S. Probation Department
         for forwarding to the Sentencing Commission, and if the above
         sentence includes a term of imprisonment, to the Bureau of
         Prisons.


_____                    _____S/PATTI B. SARIS_____
       Date                                   United States District Judge